1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| SVETLANA GYULNAZARYAN, | ) | Case No.: 1:11-at-00634 |
| | ) | |
| | ) | **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) | **PROCEED IN FORMA PAUPERIS** |
| | ) | |
| v. | ) | |
| | ) | (Docs. 4, 6) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

16

17     Plaintiff Svetlana Gyulnazaryan filed a complaint on October 7, 2011, along with an

18  application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 4.)  An amended

19  application to proceed *in forma pauperis* was filed on October 26, 2011.  (Doc. 6.)  Plaintiff's

20  application demonstrates entitlement to proceed without prepayment of fees.

21     Accordingly, IT IS HEREBY ORDERED THAT:

22     1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

23     2.     The Clerk of Court is DIRECTED to issue a summons; and

24     3.     The United States marshal is DIRECTED to serve a copy of the complaint, summons,

25            and this order upon the defendant as directed by the plaintiff.

26  IT IS SO ORDERED.

27  **Dated:    October 26, 2011          /s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

28