# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA GYULNAZARYAN,<br><br>              Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>           Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:11-at-00634<br><br>**ORDER GRANTING APPLICATION TO<br>PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 4, 6) |

Plaintiff Svetlana Gyulnazaryan filed a complaint on October 7, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 4.)  An amended application to proceed *in forma pauperis* was filed on October 26, 2011.  (Doc. 6.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.     The Clerk of Court is DIRECTED to issue a summons; and

3.     The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   October 26, 2011**                **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE